

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2014

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

## O R D E R

Pending before the court are appellant's motion for rehearing, appellees' response to appellant's motion for rehearing, and appellant's supplemental motion for rehearing and motion for sanctions. Appellant's motion for rehearing is GRANTED. This court's prior opinion and judgment dated October 1, 2014, are WITHDRAWN, and this case is REINSTATED on the docket of this court. Appellant's supplemental motion for rehearing and motion for sanctions are DENIED.

Appellees' request for alternative relief contained in appellees' response to appellant's motion for rehearing is GRANTED IN PART. Based on this court's review of the clerk's record and the supplemental notices of appeal filed in this court which have been forwarded to the trial court clerk, *see* TEX. R. APP. P. 25.1(a), this court construes this appeal as an accelerated, interlocutory appeal from: (1) the trial court's order dated July 17, 2014, granting a temporary injunction, *see* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4); and (2) the trial court's order dated July 17, 2014, denying appellant's motion to dismiss filed pursuant to section 27.003 of the Texas Civil Practice and Remedies Code (Texas Citizens Participation Act), *see id*. at § 27.008.

If appellant believes this court has jurisdiction to consider any other order contained in the clerk's record in this appeal, appellant is ORDERED to show cause in writing no later than ten days from the date of this order why this court has jurisdiction to consider any other interlocutory order. Any such response should contain a citation to a specific statute that gives this court jurisdiction to consider such interlocutory order. If appellant elects not to file a response to this order, appellant's brief, which must be in compliance with TEX. R. APP. P. 38.1,

must be filed no later than thirty days from the date of this order, and the brief must address only issues pertaining to the temporary injunction and the order denying appellant's motion to dismiss referenced in this order.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court